Brent H. Blakely (SBN 157292)
Cindy Chan (SBN 247495)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038-2401
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

*Attorneys for Plaintiff
General Motors Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GENERAL MOTORS CORPORATION, | ) CASE NO. CV 07-7893 CAS (PLAx) |
|---|---|
| Plaintiff, | ) ***ORDER FOR PRELIMINARY INJUNCTION*** |
| vs. | ) |
| A-MART TOYS, et al., | ) |
| Defendants. | ) |

**I.   INTRODUCTION**

After consideration of the pleadings, declarations and other evidence in this matter, and having heard the arguments of the parties in support and opposition hereto, the Court issues the following Order for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act in the above entitled matter:

**II.   ORDER FOR PRELIMINARY INJUNCTION**

IT IS ORDERED that Defendants A-Mart Toys, Inc., Character Inn, L.T. Toys, Inc., Flag & Gift, International Toy and Trading Co. dba Global Gift Corp., Royal Crown Imports, Inc., Best Buy Imports, Ben Makabi, ATV A.B.C. Bikes & Toys & Motorcycle, El Rey Del Descuenta, George J. Lerma, YMCtoys.com, Wellgrow Trading, Inc., Four Seasons, ACME Toys, World Trading Electronic Corp., Kensco, and Santa Toy Corp.(hereinafter, collectively, "Defendants"), their

officers, agents, servants and employees and any persons in active concert or participation with Defendants are ENJOINED from the following conduct:

 (a) using the GM Hummer Marks or any reproduction, counterfeit, copy or colorable imitation of the GM Hummer Marks in connection with the manufacture, importation, purchase, distribution, marketing, advertisement, offer for sale and/or sale of goods that are not the genuine products of Plaintiff GM;

 (b) passing off, or inducing or enabling others to sell or pass off, any products that are not Plaintiff's genuine GM Hummer merchandise, as and for Plaintiff's genuine GM Hummer merchandise;

 (c) committing any other acts calculated to cause purchasers to believe that Defendants' products are GM's genuine GM Hummer merchandise, unless they are such, and/or any acts calculated to cause purchasers to believe that Defendants' products are connected with GM or GM's genuine merchandise bearing the GM Hummer Marks;

 (d) shipping, delivering, holding for sale, distributing, transferring or otherwise moving, storing, concealing, or disposing of in any manner goods falsely bearing the GM Hummer Marks, or any reproduction, counterfeit, copy or colorable imitation of the GM Hummer Marks;

 (e) moving, destroying, concealing, or otherwise disposing of any products, labels, merchandise, documents or other items used for reproducing the GM Hummer Marks or any reproduction, counterfeit, copy or colorable imitation thereof;

 (f) removing, destroying, concealing, or otherwise disposing of any 1) computer programs, software, data, disks or other media; 2) business records or documents; and/or 3) any other evidence relating to the manufacture, purchase, distribution, marketing, advertisement, offer for sale and/or sale of goods falsely bearing the GM Hummer Marks or any reproduction, counterfeit, copy or colorable imitation of same; and

1      (g)   transferring to any other individual or entity the domain names owned by Defendants in whole or in part that relate to the sale and/or offer for sale of goods falsely bearing the GM Hummer Marks or any reproduction, counterfeit, copy or colorable imitation of same;

    IT IS FURTHER ORDERED that during the pendency of this action, Defendants' counterfeit GM Hummer products and other related items, including, without limitation, molds, labels, patches, printing devices, advertising, packaging and other materials and merchandise seized pursuant to this Court's Order dated January 28, 2008, shall be impounded in the custody or control of GM or GM's agents as substitute custodian pending further order of this Court and shall be made available for inventory or inspection by the party from which it was seized or its counsel during normal business hours.

Submitted by:

BLAKELY LAW GROUP

By:_____/S/_____
    Brent H. Blakely
    Cindy Chan
    *Attorneys for Plaintiff*
    *General Motors Corporation*

IT IS SO ORDERED.

DATED: January 28, 2008

                                                                              _____
                                                                              Christina A. Snyder
                                                                              **United States District Court Judge**