1  Brent H. Blakely (SBN 157292)
   Cindy Chan (SBN 247495)
2  BLAKELY LAW GROUP
   915 North Citrus Avenue
3  Hollywood, California 90038
   Telephone: (323) 464-7400
4  Facsimile: (323) 464-7410

5  *Attorneys for Plaintiff*
   *General Motors Corporation*

6

7                                                              JS-6

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  GENERAL MOTORS            )  CASE NO. CV 07-7893 CAS (PLAx)
12  CORPORATION,              )
                              )  *ORDER GRANTING FINAL*
13            Plaintiff,      )  *JUDGMENT UPON CONSENT,*
                              )  *INCLUDING A PERMANENT*
14       v.                   )  *INJUNCTION AS TO DEFENDANT*
                              )  *ROYAL CROWN IMPORTS, INC.*
15  A-MART TOYS, et al.,      )
                              )
16            Defendants.     )
    _____ )
17                            )

18       Plaintiff and Defendant Royal Crown Imports, Inc. have entered into a

19  Settlement Agreement and Mutual Release as to the claims in the above referenced

20  matter.  Defendant, having agreed to consent to the below terms, it is hereby:

21       **ORDERED**, **ADJUDGED**, and **DECREED** as among the parties hereto

22  that:

23       1.     This Court has jurisdiction over the parties to this Final Judgment and

24  has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

25       2.     Plaintiff GM is the owner of the registered GM HUMMER® Marks,

26  including but not limited to, U.S. Registration Nos. 2926350, 2994281, and

27  3014908 for the trademarks for toys, toy vehicles, models of vehicles, hobby kits,

28  radio controlled cars, and board games (hereinafter "GM Hummer Marks")

                                   1.
─────────────────────────────────────────────────────
         **PROPOSED ORDER RE FINAL JUDGMENT UPON CONSENT AS TO DEFENDANT**
                    **ROYAL CROWN IMPORTS, INC.**

1        3.     Plaintiff has alleged that Defendant's purchase and sale of toy car

2  products bearing falsely bearing the GM Hummer Marks constitutes trademark

3  infringement and unfair competition under the Lanham Trademark Act, 15 U.S.C. §

4  1051, *et seq* and under the common law.

5        4.     Defendant and its agents, servants, employees and all persons in active

6  concert and participation with it who receive actual notice of this Final Judgment

7  are hereby permanently restrained and enjoined from:

8              a)     Infringing upon GM's Hummer Marks, either directly or

9              contributorily, in any manner, including generally, but not limited to

10             manufacturing, importing, distributing, advertising, selling and/or offering

11             for sale any unauthorized product bearing the GM Hummer Marks, or marks

12             confusingly similar or substantially similar to the GM Hummer Marks, and,

13             specifically from:

14                   (i)    using the GM Hummer Marks or any reproduction,

15                   counterfeit, copy or colorable imitation of the GM Hummer

16                   Marks in connection with the manufacture, importation,

17                   distribution, advertisement, offer for sale and/or sale of

18                   merchandise comprising not the genuine products of GM, or in

19                   any manner likely to cause others to believe that the Counterfeit

20                   Products are connected with GM or GM's genuine merchandise

21                   bearing the GM Hummer Marks;

22                   (ii)   passing off, inducing or enabling others to sell or pass off

23             any products or other items that are not GM's genuine merchandise as

24             and for GM's genuine merchandise;

25                   (iii)  committing any other acts calculated to cause purchasers

26             to believe that Defendant's products are GM's genuine merchandise

27             unless they are such; and

28

2.

(iv) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the GM Hummer Marks, or any reproduction, counterfeit, copy or colorable imitation of same.

5. Without any admission of liability, the parties have agreed that Defendant shall pay to Plaintiff an amount in settlement of Plaintiff's demand for damages, profits, costs, disbursements, and attorneys' fees based upon Defendant's alleged infringing activities. Plaintiff and Defendant shall bear their own costs associated with this action.

6. The execution of this Final Judgment by Counsel for the parties shall serve to bind and obligate the parties hereto.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant Royal Crown Imports, Inc.

## ORDER

IT IS SO ORDERED.

DATED: May 22, 2008

_____
HON. CHRISTINA A. SNYDER
**United States District Judge**

Respectfully Submitted by:
BLAKELY LAW GROUP

By: _____/s/_____
Cindy Chan
*Attorneys for Plaintiff*
*General Motors Corporation*

3.

**PROPOSED ORDER RE FINAL JUDGMENT UPON CONSENT AS TO DEFENDANT ROYAL CROWN IMPORTS, INC.**